# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

ANTHONY KETASSDA LEMICY,     )
            )
    Plaintiff,     )
            )
    vs.     )    Case No. 4:26-cv-00901-MTS
            )
JEREMY S. CROWLEY,     )
            )
    Defendant.     )

## MEMORANDUM AND ORDER

This action is one of two Plaintiff Anthony Ketassda Lemicy filed with this Court last month. *See also Lemicy v. Lang*, 4:26-cv-0902-MTS (E.D. Mo.). In both cases, Plaintiff neither paid the required filing fee, *see* 28 U.S.C. § 1914(a), nor applied to proceed without prepaying fees, *see id.* at § 1915(a)(1).[1] The Court could dismiss this action for his failure to do so. *Zammit v. Solomons*, 2:21-cv-0738-NJK, 2021 WL 4055484, at \*4 (D. Nev. Aug. 3, 2021) ("When a plaintiff does not pay the filing fee or file an application to proceed *in forma pauperis*, the case is subject to dismissal."); *cf.* E.D. Mo. L.R. 2.01(B)(1) (providing that the Clerk of Court need not even file a complaint unaccompanied by either the filing fee or a motion to proceed *in forma pauperis*). Instead of immediately dismissing this action, the Court will provide Plaintiff with the opportunity to prepay the required $405 filing fee in full.

---

[1] He is aware of this requirement. *See Lemicy v. Hefele*, 4:25-cv-0332-MTS, ECF No. 3 (E.D. Mo. Apr. 29, 2025).

Plaintiff must prepay the filing fee because he cannot proceed without prepayment of fees since he has, on at least three prior occasions, while incarcerated, brought an action in a court of the United States that was dismissed on the grounds that it failed to state a claim upon which relief may be granted.  *See* 28 U.S.C. § 1915(g).[2]

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Thursday**, **July 23, 2026**, Plaintiff must prepay the full $405 filing fee in this case.  If he fails to do so, the Court will dismiss this action without prejudice and without further notice.

Dated this 2nd day of July 2026.

_____

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[2] *See also Lemicy v. Hefele*, 4:25-cv-0332, ECF No. 16 (E.D. Mo. July 01, 2026); *Lemicy v. Martin*, 4:15-cv-1383-CAS, ECF No. 6 (E.D. Mo. Dec. 4, 2015); *Lemicy v. Mayer*, 4:15-cv-01413-SNLJ, ECF No. 6 (E.D. Mo. Dec. 3, 2015).